IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Burks, Bruce M

Printed: 5/6/08

Case Number: 07 B 23381
Judge: Wedoff, Eugene R
Filed: 12/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,160.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,084.60 |
| Trustee Fee: |  | 75.40 |
| Other Funds: |  | 0.00 |
| Totals: | 1,160.00 | 1,160.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 3,000.00 | 1,084.60 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 15,150.00 | 0.00 |
| 4. | Illinois Dept Of Healthcare And Family | Priority | 19,992.13 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 665.91 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 230.77 | 0.00 |
| 7. | Cook County Treasurer | Secured | | No Claim Filed |
| 8. | City of Blue Island | Unsecured | | No Claim Filed |
| 9. | Comcast | Unsecured | | No Claim Filed |
| 10. | City of Blue Island | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 39,038.81 | $ 1,084.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 75.40 |
|  | _____ |
|  | $ 75.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Burks, Bruce M | Case Number:  07 B 23381 |
| | Judge:  Wedoff, Eugene R |
| Printed:  5/6/08 | Filed:  12/13/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

                                        _/s/ Mack_____